# KENNETH J. MONTGOMERY
## ATTORNEY AT LAW

---

396 WAVERLY AVENUE                    Tel:(718)403-9261
SUITE A                               Fax: (347) 402-7103
BROOKLYN, NEW YORK 11238
Email:KEN@KJMONTGOMERYLAW.COM

---

Admitted NY

February 17, 2026

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re**: <u>United States v. Wellington Eustate Espinal</u>
Docket 23 Cr 501 (ER)

Dear Judge Cronan,

Please be advised that I am requesting an adjournment on Mr. Eustate Espinal's sentencing until the week of April 27, 2026. Mr. Eustate Espinal sentencing is currently scheduled for March 16, 2026. The reason for this request is that I was informed by U.S.P.O Meyers that the final PSR won't be ready until March 9, 2026, not giving the defense nor the government adequate time to draft our sentencing memorandum. The government consents to this adjournment. Thank you.

The request is granted. Defendant's sentencing shall be adjourned until May 29, 2026, at 10:00 a.m. Defendant's sentencing submission is due May 15, 2026, and the Government's submission is due May 22, 2026. The Clerk of Court is respectfully directed to close Docket Number 241.

SO ORDERED.
February 17, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

By:    <u>/s/Kenneth J. Montgomery//</u>
       Law Office of Kenneth Montgomery
       396 Waverly Ave,
       Brooklyn, New York
       Tel: 917-770-5590
       Email: ken@kjmontgomerylaw.com

*Attorney for Wellington Eustate Espinal*