UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA           :

     -v-                          :           23 Cr. 501 (JPC)

WELLINGTON EUSTATE ESPINAL,    :

              Defendant.     :           ORDER

                                                    :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Defendant Wellington Eustate Espinal has not filed his sentencing submissions publicly and instead emailed them to Chambers with a letter requesting sealing. This does not comply with Rules 8 and 9 of the Court's Individual Rules and Practices in Criminal Cases.

       Pursuant to Rule 9.B, by June 12, 2026, Defendant shall file on ECF (1) versions of his submissions containing his proposed redactions and (2) a letter seeking leave to file with those redactions. Defendant must articulate a basis for any redaction to the publicly filed versions of his submissions. At sentencing, the Court will discuss with the parties whether sealing is warranted.

       SO ORDERED.

Dated: June 11, 2026
      New York, New York                                         
                                            JOHN P. CRONAN
                                     United States District Judge