UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                :

UNITED STATES OF AMERICA         :

       -v-             :

                :     23 Cr. 501 (JPC)

WELLINGTON EUSTATE ESPINAL,   :

                :     ORDER

          Defendant.    :

                :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The sentencing for Defendant Wellington Eustate Espinal scheduled for 4:45 p.m. on June 17, 2026, will instead take place at 2:00 p.m. on that day in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

     SO ORDERED.

Dated: June 11, 2026
       New York, New York

_____
          JOHN P. CRONAN
        United States District Judge